No. 91–5510. IN RE ANDERSON, AKA IBRAHIM. Petition for writ of mandamus denied.

No. 90–8370. MEDINA *v.* CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 90–8252. HORTON *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 90–8294. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–8437. BENSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–8475. GALLEGO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–38. ROMEY *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 91–344. BRIDGEPORT POLICE FOR EQUAL EMPLOYMENT OPPORTUNITY, INC., ET AL. *v.* BRIDGEPORT GUARDIANS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–345. HOOSIER ENERGY RURAL ELECTRIC COOPERATIVE, INC. *v.* INDIANA DEPARTMENT OF STATE REVENUE. Sup. Ct. Ind. Certiorari denied.

No. 91–348. CRISMAN ET UX. *v.* ODECO, INC. C. A. 5th Cir. Certiorari denied.